# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| **DARCY JOHNSON**, | ) Case No. 09-cv-01030 |
| | ) |
| Plaintiff, | ) **NOTICE OF SERVICE** |
| | ) **PLAINTIFF'S INITIAL RULE 26** |
| vs. | ) **DISCLOSURE STATEMENT** |
| | ) |
| **RAINIER COLLECTION** | ) |
| **SERVICES, INC.** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    **NOTICE IS HEREBY GIVEN** that, Plaintiff Darcy Johnson has filed with the Clerk of the United States District Court, Western District of Washington, Notice of Service of Plaintiff's Rule 26 Disclosure Statement, a copy of which is herewith served upon you.

    Respectfully submitted this 9th day of October, 2009.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

Initial Rule 26 Disclosure

Jon N. Robbins
  WEISBERG & MEYERS, LLC
  3877 N. Deer Lake Rd.
  Loon Lake ,WA 99148
  509-232-1882
  866-565-1327 facsimile
  jrobbins@AttorneysForConsumers.com

Notice Filed electronically on this 9th day of October, 2009, with:

United States District Court CM/ECF system

Copy mailed on this 9th day of October, 2009, to:

Kimberly Walker Olsen
Attorney for **Rainer Collection Services, Inc.**
Luke, Casteel, & Olsen, PSC
3400 188th Street SW
Suite 484
Lynnwood WA 98037

s/Tremain Davis
Tremain Davis

Initial Rule 26 Disclosure

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com