1 Jon N. Robbins
2 WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
3 Loon Lake, WA 99148
4 509-232-1882
866-565-1327 facsimile
5 jrobbins@AttorneysForConsumers.com
6 Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| **DARCY JOHNSON,** ) | Case No. 09-cv-01030-MJP |
| ) | |
| Plaintiff, ) | **NOTICE OF FILING OF** |
| ) | **PLAINTIFF'S RESPONSE TO** |
| vs. ) | **DEFENDANT'S REQUESTS FOR** |
| ) | **ADMISSION** |
| **RAINIER COLLECTION SERVICES,** ) | |
| **INC.,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that, Plaintiff has filed with the Clerk of the United States District Court, Western District of Washington, Plaintiff's Responses to Defendant's Requests for Admission, a copy of which is herewith served upon you.

Respectfully submitted this 24th of November, 2009.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

RESPONSE TO DEFENDANT'S REQUESTS FOR ADMISSION PAGE 1

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1  Notice Filed electronically on this 24th of November, 2009 with:

2  United States District Court CM/ECF system

3

4  Original copy mailed on this 24th of November, 2009 to:

5

6  Kimberly Walker Olsen
Luke, Casteel, & Olsen, PSC
7  3400 188th Street SW
Suite 484
8  Lynnwood WA 98037

9

10

11

12  s/Tremain Davis
Tremain Davis

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  RESPONSE TO DEFENDANT'S REQUESTS FOR ADMISSION PAGE 2        WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com